# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| THEODORE HIIBEL and MARY HIIBEL, | 3:10-CV-0029-LRH (RAM) |
| Plaintiffs, | **ORDER** |
| vs. | |
| ARLAN G. HINER, Bureau of Land Management, | |
| Defendant. | |

Plaintiffs have filed a Motion for Consideration on Service of Complaint (Doc. #8). Good cause appearing,

Mike Truden, the new Assistant Field Manager for the BLM Winnemucca Field Office shall be responsible as Defendant and accepting service of Plaintiffs' Complaint.

A copy of this Order shall be served along with a copy of Plaintiffs' Complaint.

DATED: May 28, 2010.

_____
UNITED STATES MAGISTRATE JUDGE